# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2, LTD., TRIAXX PRIME CDO 2007-1, LTD., and TRIAXX ASSET MANAGEMENT LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendant. | Index No. <br><br> Date Index No. Purchased: December 3, 2021 <br><br> **SUMMONS WITH NOTICE** <br><br> Plaintiff designates New York County as the place of trial <br><br> The basis of venue is CPLR § 503 |

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons to serve a Notice of Appearance on the plaintiffs' attorney within twenty days after the service of this Summons, exclusive of the day of service (or within thirty days after the service is complete, if the Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
December 3, 2021

OLSHAN FROME WOLOSKY LLP

By: */s/ John G. Moon*
John G. Moon
Kerrin T. Klein
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
*Attorneys for Plaintiffs*

6065338-1

1

## NOTICE

The nature of this action is breach of contract and negligence/failure to avoid conflicts of interest in connection with your role as trustee to Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2, Ltd., and Triaxx Prime CDO 2007-1, Ltd. (collectively, the "Triaxx CDOs").

The relief sought is (a) monetary damages in an amount to be determined at trial but currently estimated to exceed at least $100 million, plus interest thereon, and the costs of this action; (b) a declaratory judgment that defendant has operated and continues to operate in conflict of interest with the plaintiffs and noteholders of the Triaxx CDOs and (b) all other relief to plaintiffs that the Court determines to be appropriate.

Upon your failure to appear, judgment will be taken against you by default for the sum of at least $100 million, plus interest thereon, and costs of this action.