# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Alexander S. Lorenzo        Direct Dial: 212-210-9528        Email: alexander.lorenzo@alston.com

February 4, 2022

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

       Re:    *U.S. Bank National Association v. Triaxx Asset Management LLC et al.*,
              Case No. 1:18-cv-04044 (BCM)

Dear Judge Moses:

       We represent U.S. Bank National Association, solely in its capacity as trustee (the "Trustee"), as Defendant in the newly filed action (Case No. 1:21-cv-11019) consolidated with the above-referenced action (the "Action"). With the parties having executed and filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge earlier today (Dkt. No. 408), I write pursuant to Local Rule 7.1(d) and 2(a) and (f) of the Court's Individual Practices regarding the briefing schedule for the Trustee's forthcoming motion to dismiss. The parties have met and conferred and reached agreement on the following schedule, which they respectfully request that the Court so-order:

- Moving Brief: April 8, 2022
- Opposition Brief: May 18, 2022
- Reply Brief: June 3, 2022

       This schedule reflects a ten (10) day extension to the Trustee's current March 29, 2022 response deadline, which is sixty (60) days from the date of the Trustee's executed waiver of service pursuant to Rule 4 of the Federal Rules of Civil Procedure. As part of the agreement that was reached on the briefing schedule, Plaintiff has consented to this extension.

       There have been no previous requests for an extension. We are available at the Court's convenience should Your Honor require any additional information.

Alston & Bird LLP        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

February 4, 2022
Page 2

                                    Respectfully submitted,

                                    Alexander S. Lorenzo

cc:      Counsel of Record (via ECF)