**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
TRIAXX PRIME CDO 2006-1 LTD., et al.,

                            Plaintiffs,

      -against-                                                       21 **CIVIL** 11019 (BCM)

                                                                       **<u>JUDGMENT</u>**

U.S. BANK NATIONAL ASSOCIATION,

                            Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, defendant's motion to dismiss is GRANTED. Plaintiffs do not seek leave to amend, and have not suggested - either in their brief or at oral argument - that they could cure any of the defects discussed above by repleading. Judgment is entered for defendant; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2024

                                                                      **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                     **BY:**      *K. Mango*

                                                                        **Deputy Clerk**